ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8978
     Facsimile:  (415) 744-0134
     Email:  Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL WILSON, JR., | ) Case No. EDCV 5:12-cv-01850 SS |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

---

[1]  Carolyn W. Colvin became the Acting Commissioner of Social Security on
February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in
this suit.  No further action need to be taken to continue this suit by reason of the
last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   ("Stipulation to Remand") lodged concurrent with the lodging of the within

2   Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

3   **DECREED** that the above-captioned action is remanded to the Commissioner of

4   Social Security for further proceedings consistent with the Stipulation to Remand.

5

6   DATED: 5/1/13

7                                       HON. SUZANNE SEGAL
8                                       UNITED STATES MAGISTRATE JUDGE