LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL WILSON JR., | ) | No. EDCV 12-01850 SS |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) subject to the terms of the stipulation.

   DATE:  5/15/13                        /S/
                                                          HON. SUZANNE H. SEGAL
                                                          UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-